1  STEVEN KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant DASHNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-646 SI (LB) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | SECOND STIPULATION AND |
| v. | ) | [PROPOSED] ORDER TO MODIFY |
| | ) | CONDITIONS OF RELEASE |
| DUFFY DASHNER, | ) | |
| Defendant. | ) | |

On November 19, 2012, defendant Duffy Dashner was released on a $150,000 bond, $100,000 of which was secured by his mother. He was ordered to reside in the third party custody of an individual who signed his bond. As a condition of release, Mr. Dashner was placed on electronic monitoring. Initially, he was not allowed to leave his house for purposes other than work, legal, and medical appointments. On April 30, at the recommendation of pretrial services, the Court modified his conditions such that he now has a curfew from 11:00 p.m to 7:00 a.m. According to pretrial services, Mr. Dashner has been compliant with his conditions of release.

Mr. Dashner now requests that the Court modify his bond to permit him to travel to Chicago on a redeye flight the night of June 12 to pick up his 7-year old daughter and return with her to California on the afternoon of June 13. His daughter will be spending the summer with

1  him in California, and she is too young to travel on her own.  Mr. Dashner will fly into Chicago

2  O'Hare airport and his daughter will be dropped off to meet him, so he will not ever leave the

3  airport.  He will provide his itinerary to pretrial services prior to travel.

4        Pretrial services officer Brad Wilson is in agreement with this proposal.  The government

5  has no objection.

6

7        IT IS SO STIPULATED.

8                                                   MELINDA HAAG
                                                 United States Attorney

9
   5/1/13                                                      /s/

10  _____                         _____
   DATED                                                 MICHAEL PITMAN

11                                                     Assistant United States Attorney

12

13                                                   STEVEN KALAR
                                                 Federal Public Defender

14
   5/15/13                                                     /s/

15  _____                         _____
   DATED                                                 RITA BOSWORTH

16                                                     Assistant Federal Public Defender

17

18        In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions

19  of release shall be modified such that the defendant shall be permitted to travel by airplane to

20  Chicago on June 12, 2013, returning on June 13, 2013.  The defendant's curfew shall be

21  suspended while the defendant is traveling on the aforementioned dates.  All other conditions of

22  release shall remain in place.

23  May 15, 2013
   _____                        _____

24  DATED                                                LAUREL BEELER
                                                 United States Magistrate Judge

25

26  SECOND STIP. & [PROPOSED] ORDER TO
MODIFY CONDITIONS OF RELEASE  *US v.
Dashner*, 12-646 SI (LB)           2